# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>APPLE IPHONE X A1901, WITH IMEI NUMBER<br>359404089939970 ("DEVICE 1") CURRENTLY LOCATED AT<br>THE KNOXVILLE FBI FIELD OFFICE, 1501 DOWELL<br>SPRINGS ROAD, KNOXVILLE, TENNESSEE | Case No. 1:19-mj-88 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Apple iPhone X A1901, with IMEI Number 359404089939970 ("Device 1"), currently located at the Knoxville FBI Field Office, 1501 Dowell Springs Road, Knoxville, Tennessee, more specifically described in Attachment A-1.

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of violations of 18 U.S.C. §§ 1201 and 2113(a), as more specifically described in the attached affidavit and in Attachment B of this application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Kidnapping |
| 18 U.S.C. § 2113(a) | Bank robbery |

The application is based on these facts:
see attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew Hennessee, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 8, 2019

*Judge's signature*

City and state: Chattanooga, Tennessee

Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*